ROBERT JYSTAD (Bar No. 187340)
JULIAN K. QUATTLEBAUM (Bar No. 214378)
JAMIE T. HALL (Bar No. 240183)
CHANNEL LAW GROUP, LLP
100 Oceangate, Suite 1400
Long Beach, CA 90802-4323
Telephone: (310) 209-8515
Facsimile: (562) 216-5090

Attorneys for Plaintiff,
AMERICAN TOWER CORPORATION

ORIGINAL FILED
'08 MAR -7 PM 3: 50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

AMERICAN TOWER CORPORATION, A DELAWARE CORPORATION,

    Plaintiff,

vs.

THE CITY OF SAN DIEGO, CALIFORNIA, A POLITICAL SUBDIVISION OF THE STATE OF CALIFORNIA

    Defendants.

Case No. 08 CV 0435 JM CAB

NOTICE OF PARTY WITH FINANCIAL INTEREST

BY FAX

**FINANCIAL INTEREST STATEMENT**

Pursuant to Civil Rule 40.2, the undersigned, counsel of record for AMERICAN TOWER CORPORATION, A DELAWARE CORPORATION ("ATC"), provides the following statement

1

1  regarding parties with a potential financial interest in this litigation:

2      ATC has no parent corporation and no publicly held company owns 10% or more of

3  ATC's stock.

4  Dated: March 7, 2008

5  ROBERT JYSTAD (Bar No. 187340)
   JULIAN K. QUATTLEBAUM (Bar No. 214378)
   JAMIE T. HALL (Bar No. 240183)

6  CHANNEL LAW GROUP, LLP
   100 Oceangate, Suite 1400

7  Long Beach, CA 90802-4323

CHANNEL LAW GROUP, LLP

By: _____
Julian K. Quattlebaum, Esq.
Attorney for Plaintiff
American Tower Corporation