ORIGINAL

FILED

08 MAR -7 PH 3: 49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ CP _____ DEPUTY

1  ROBERT JYSTAD (Bar No. 187340)
   JULIAN K. QUATTLEBAUM (Bar No. 214378)
2  JAMIE T. HALL (Bar No. 240183)
   CHANNEL LAW GROUP, LLP
3  100 Oceangate, Suite 1400
   Long Beach, CA 90802-4323
4  Telephone: (310) 209-8515
   Facsimile: (562) 216-5090
5
   Attorneys for Plaintiff,
6  AMERICAN TOWER CORPORATION
7

8              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF CALIFORNIA
9

10  AMERICAN TOWER                 )   Case No. 08 CV 0435 JM CAB
11  CORPORATION, A DELAWARE        )
    CORPORATION,                   )
12                                 )   NOTICE OF RELATED CASE(S)
               Plaintiff,          )
13      vs.                        )
                                   )
14  THE CITY OF SAN DIEGO,         )
    CALIFORNIA, A POLITICAL        )         BY FAX
15  SUBDIVISION OF THE STATE OF    )
    CALIFORNIA                     )
16                                 )
                                   )
17             Defendants.         )
                                   )
18  _____  )
19

20        Pursuant to Local Rule 40.1(e) plaintiff hereby makes notification that Case No.

21  07cv0399 LAB (NLS), *American Tower Company v. City of San Diego, et al.*, before the

22  Honorable Larry A. Burns, originally filed on or about March 2, 2007, was previously filed in the

23  Southern District of California and shares the same parties and similar questions of law and fact

24  as the above-entitled lawsuit.

1

Channel Law Group, LLP
100 Oceangate, Suite 1400
Long Beach, CA 90802

Channel Law Group, LLP
100 Oceangate, Suite 1400
Long Beach, CA 90802

1    In *American Tower Company v. City of San Diego, et al.*, Plaintiff American Tower

2   Company seeks redress to remedy San Diego's violation of federal and state laws in the adoption

3   and administration of the its Communication Antenna Regulations of the Land Development

4   Code and its denials of multiple ATC Conditional Use Permit applications.

5    The above-entitled lawsuit emanates from San Diego's February, 2008 denial of ATC's

6   Conditional Use Permit application for a wireless communication facility located in the vicinity

7   of 4350 Otay Mesa in San Diego.

8    Notice is further given that Plaintiff will soon file another lawsuit in the Southern District

9   of California, against the City of San Diego, that it believes will be related to *American Tower*

10  *Company v. City of San Diego, et al.* and the above-entitled lawsuit.  This soon-to-be filed

11  lawsuit shares the same parties and similar questions of law and emanates from San Diego's

12  February, 2008 denial of ATC's Conditional Use Permit application for a wireless

13  communication facility located in the vicinity of 9060 Friars Road in San Diego.

14                    Respectfully submitted

15
    Dated: March 7, 2008              ROBERT JYSTAD (Bar No. 187340)
16                                     JULIAN K. QUATTLEBAUM (Bar No. 214378)
                                       JAMIE T. HALL (Bar No. 240183)
17                                     CHANNEL LAW GROUP, LLP
                                       100 Oceangate, Suite 1400
18                                     Long Beach, CA 90802-4323

19
                                       **CHANNEL LAW GROUP, LLP**
20

21

22        By:
                                       Julian K. Quattlebaum, Esq.
                                       Attorney for Plaintiff
23                                     American Tower Corporation

24

                                        2

                                 NOTICE OF RELATED CASE