1  Julian Quattlebaum, Bar No: 214378        (310) 209-8515
2  CHANNEL LAW GROUP, LLP
   100 OCEANGATE STE 1400
3  LONG BEACH, CA 90802-4323

4  Representing: Plaintiff                   File No.1002.31

United States District Court

Southern District of California

American Tower Corporation                  Case No: 08 CV 0435 JM CAB

       Plaintiff/Petitioner                 Proof of Service of:

       vs                                   Summons In A Civil Action; Complaint; Civil
                                            Cover Sheet; Notice of Related Cases; Notice of
The City of San Diego                       Party With Financial Interest

       Defendant/Respondent

Service on:

    City of San Diego, California

Hearing Date:

Hearing Time:

Div/Dept:

BY FAX

PROOF OF SERVICE

FF# 6658339

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Julian Quattlebaum, 214378<br>CHANNEL LAW GROUP, LLP<br>100 OCEANGATE STE 1400<br>LONG BEACH, CA 90802-4323<br>TELEPHONE NO.: (310) 209-8515<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>880 Front St. Rm. 4290<br>San Diego, CA 92101-8900 | |
| PLAINTIFF/PETITIONER: American Tower Corporation<br>DEFENDANT/RESPONDENT: The City of San Diego | CASE NUMBER:<br>08 CV 0435 JM CAB |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>1002.31 |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice of Related Cases; Notice of Party With Financial Interest

BY FAX

3. a. Party served: City of San Diego, California

   b. Person Served: Elizabeth Maland - City Clerk - Person authorized to accept service of process

4. Address where the party was served: 202 "C" Street 2nd Floor
   San Diego, CA 92101

5. I served the party
   b. **by substituted service.** On (date): 3/11/2008     at (time): 12:41 PM   I left the documents listed in item 2 with or in the presence of: Rae McNair
      (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:
   City of San Diego, California
      under:    CCP 416.50 (public entity)

7. **Person who served papers**
   a. Name:         Sean Francisco
   b. Address:      One Legal - 194-Marin
                    504 Redwood Blvd #223
                    Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 96.25
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 959
         (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 3/12/2008

Sean Francisco
(NAME OF PERSON WHO SERVED PAPERS)                               (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

FF# 6658339

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Julian Quattlebaum, 214378<br>CHANNEL LAW GROUP, LLP<br>100 OCEANGATE STE 1400<br>LONG BEACH, CA 90802-4323 | (310) 209-8515 | |
| | Ref. No. or File No.<br>1002.31 | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
880 Front St. Rm. 4290
San Diego, CA 92101-8900

PLAINTIFF:

American Tower Corporation

DEFENDANT:

The City of San Diego

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>08 CV 0435 JM CAB |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 3/12/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons In A Civil Action; Complaint; Civil Cover Sheet; Notice of Related Cases; Notice of Party With Financial Interest

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

City of San Diego, California
Elizabeth Maland - City Clerk
202 "C" Street, 2nd Floor
San Diego, CA 92101

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$ 96.25

Solomon Rodriguez
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 3/12/2008 at Los Angeles, California.

Solomon Rodriguez

FF# 6658339