**ROBERT JYSTAD (Bar No. 187340)**
**JULIAN K. QUATTLEBAUM (Bar No. 214378)**
**JAMIE T. HALL (Bar No. 240183)**
**CHANNEL LAW GROUP, LLP**
**100 Oceangate, Suite 1400**
**Long Beach, CA 90802-4323**
**Telephone: (310) 982-7197**
**Facsimile: (562) 216-5090**

**Attorneys for Plaintiffs,**
**AMERICAN TOWER CORPORATION,**
**TMO CA/NV, LLC, and**
**OMNIPOINT COMMUNICATIONS, INC.,**

**Channel Law Group, LLP**
100 Oceangate, Suite 1400
Long Beach, CA 90802

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN TOWER CORPORATION, A DELAWARE CORPORATION; TMO CA/NV, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND OMNIPOINT COMMUNICATIONS, INC., A DELAWARE CORPORATION** | **Case No. 08cv00435-JM (CAB)** |
| | **NOTICE OF PARTIES WITH FINANCIAL INTEREST FOR PLAINTIFF T-MOBILE** |
| **Plaintiffs,** vs. | |
| **THE CITY OF SAN DIEGO, CALIFORNIA, A POLITICAL SUBDIVISON OF THE STATE OF CALIFORNIA,** | |
| **Defendants.** | |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for TMO CA/NV, LLC, a Nevada Limited Liability Company and OMNIPOINT COMMUNICATIONS INC., a Delaware Corporation, certify that, in addition to the named plaintiffs, the following listed parties have, or may be considered to

have, a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| TMO CA/NV HOLDINGS, LLC, a Delaware Limited Liability Company | Wholly owned subsidiary of Omnipoint Communications, Inc. |
| T-MOBILE USA, INC., a Delaware corporation | Parent of Omnipoint Communications, Inc. and a wholly-owned subsidiary of T-Mobile Global Holding GmbH, a German entity which, in turn, is a wholly-owned subsidiary of T-Mobile International AG, a German entity. T-Mobile International AG is a wholly-owned subsidiary of Deutsche Telekom AG, a German entity. Deutsche Telekom AG is a publicly-traded company. |

Dated: March 12, 2008

**CHANNEL LAW GROUP, LLP**

s/ Robert Jystad_____
E-mail: rjystad@channellawgroup.com

*Attorney for Plaintiffs*
American Tower Corporation,
TMO CA/NV, LLC and
Omnipoint Communications, Inc.

**Channel Law Group, LLP**
100 Oceangate, Suite 1400
Long Beach, CA 90802

# **CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA      )
                         )  ss.
COUNTY OF LOS ANGELES    )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 100 Oceangate, Suite 1400, Long Beach, CA 90802.

    On March 12, 2008, I caused to be served the following document(s):

**NOTICE OF PARTIES WITH FINANCIAL INTEREST FOR PLAINTIFF T-MOBILE**

on the interested parties in this action as follows:

    Michael J. Aguirre, Esq.
    Christine Fitzgerald, Esq.
    Office of the City Attorney
    City of San Diego
    1200 Third Avenue, Suite 1100
    San Diego, CA   92101
    maguirre@sandiego.gov
    cfitzgerald@sandiego.gov

    I served a true copy of the foregoing document by way of the Court's electronic filing/serving system, file and serve website. Additionally, I served a copy of the foregoing document via an overnight delivery service by depositing in a box or other facility regularly maintained by Overnight Express, an express service carrier, a true copy of the foregoing document in sealed envelopes or packages by the express service carrier, address as stated above, with fees for overnight delivery paid or provided for. I declare under penalty pursuant to the laws of the United States that the above is true and correct.

    Executed on March 12, 2008, at Long Beach, California

                            s/ Robert Jystad
                            Attorney for Plaintiffs
                            E-mail: rjystad@channellawgroup.com