# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TOWER CORPORATION, a Delaware corporation; TMO CA/NV, LLC, a Nevada limited liability company; and OMNIPOINT COMMUNICATIONS, INC., a Delaware corporation,<br><br>              Plaintiffs,<br>v.<br><br>THE CITY OF SAN DIEGO, California, a political subdivision of the State of California,<br><br>              Defendant. | Civil No.08cv435 LAB (NLS)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE, AND NOTICE OF *TELEPHONIC* CASE MANAGEMENT CONFERENCE** |

On May 13, 2008, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. The case did not settle.  The Court discussed compliance with Federal Rule of Civil Procedure, Rule 26, and based thereon, issues the following orders:

      1.    Counsel are ordered to appear **telephonically** on ***July 18, 2008 at 10:00 a.m.*** before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel shall initiate the telephonic conference.

      2.    The Rule 26(f) conference shall be completed on or before ***June 6, 2008***.

      3.    The requirement to lodge a Joint Discovery Plan is waived.

      4.    The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur on or before ***June 20, 2008***.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case hereafter.

1  Each responsible attorney of record and all parties representing themselves shall participate in the
2  conference.  Represented parties need not participate.
3       Failure of any counsel or party to comply with this order will result in sanctions.
4  **IT IS SO ORDERED.**
5  DATED:  May 13, 2008

                                         Hon. Nita L. Stormes
                                         U.S. Magistrate Judge