# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: American Tower v. City of San Diego          <u>Case No</u>: 08cv0435-LAB (NLS)

<u>HON.</u> Larry A. Burns          CT. DEPUTY          Rptr.

<u>Present</u>

<u>Plaintiff(s)</u>:     No appearance.

<u>Defendant(s)</u>:     No appearance.

    The Court's order issued June 30, 2008 was erroneously issued in this case instead of related case number 07cv399-LAB, and is therefore **WITHDRAWN**. The Clerk shall remove it from the docket.

DATED: July 2, 2008

IT IS SO ORDERED.

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge