# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TOWER CORPORATION, a Delaware corporation,<br><br>                                    Plaintiff,<br><br>   vs.<br><br>THE CITY OF SAN DIEGO, CALIFORNIA, THE CITY COUNCIL OF THE CITY OF SAN DIEGO, CALIFORNIA AND THE DEVELOPMENT SERVICES DEPARTMENT OF THE CITY OF SAN DIEGO, CALIFORNIA,<br><br>                                    Defendants. | CASE NO. 07CV0399-LAB (NLS)<br><br>**ORDER STAYING PROCEEDINGS** |

On June 5, 2008, the parties jointly moved to stay litigation pending the Ninth Circuit's en banc ruling in *Sprint Telephony PCS, LLP, et al. v. County of San Diego*, et al., Case Nos. 05-56076, 05-56435. The joint motion asked that the stay be lifted no earlier than December 8, 2008. On June 12, 2008, the court granted the joint motion in part, vacating the hearing on the pending cross motions for summary judgment or summary adjudication but denying the request to suspend briefing on those motions. The Court reserved ruling on the question of the requested stay.

The cross motions are now fully briefed and the Court now **GRANTS IN PART** the request for stay of proceedings. All proceedings in this case are hereby **STAYED** pending

the Ninth Circuit's ruling in *Sprint Telephony*. Following issuance of the Ninth Circuit's en banc ruling in this case, the parties are **ORDERED** promptly to file a notice so stating. The parties may then, if they wish, each file supplemental briefing no later than **21 calendar days from the issuance of the Ninth Circuit's decision**. Each party's supplemental briefing shall not exceed ten pages, not counting material appended or lodged with the Court. Following the Ninth Circuit's decision, the Court will lift its stay. The cross motions may be re-set for oral argument if the Court determines oral argument is appropriate, *see* Civil Local Rule 7.1(d)(1), but if oral argument is not reset, the cross motions will be under submission as of 28 calendar days after the issuance of the Ninth Circuit's decision.

    **IT IS SO ORDERED**.

DATED: July 2, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge