# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMERICAN TOWER CORPORATION**, a Delaware corporation; **TMO CA/NV, LLC**, a Nevada limited liability company; and **OMNIPOINT COMMUNICATIONS, INC.**, a Delaware corporation,<br><br>    Plaintiffs,<br><br>  vs.<br><br>**THE CITY OF SAN DIEGO, CALIFORNIA**, a political subdivision of the State of California,<br><br>    Defendant. | Case No. 08cv435 LAB (NLS)<br><br>**ORDER STAYING PROCEEDINGS** |

The court, having reviewed the joint motion of the parties and good cause appearing therefor, hereby **ORDERS** as follows:

1. Pending the Ninth Circuit's ruling in Sprint Telephony PCS, LP, et al. v. County of San Diego, et al., 490 F.3d 700 (9th Cir. 2007), all proceedings in this matter are hereby **STAYED**;

///

2. Following issuance of the Ninth Circuit's ruling in this case, the Parties are **ORDERED** promptly to file a notice so stating; and

3. On July 17, 2008, Magistrate Judge Stormes issued an order vacating the management conference. As soon as the Parties file a notice of the Ninth Circuit's en banc ruling, they shall call Judge Stormes' chambers to request to set a date for a telephonic status conference.

**IT IS SO ORDERED.**

Dated: 8-17-08

**Hon. Larry Alan Burns**
United States District Judge

2    Case No. 08cv435 LAB (NLS)
ORDER